# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KIMBERLY GOODINE,**<br>　　　　Plaintiff,<br><br>　　　v.<br><br>**VICTORIA D. KIJAKAZI,**<br>**ACTING COMMISSIONER OF**<br>**SOCIAL SECURITY,**<br>　　　　Defendant. | **CIVIL ACTION**<br>**NO. 21-11638-TSH** |

## ORDER ON PLAINTIFF'S OBJECTION
March 31, 2023

**HILLMAN, S.D.J.**

On March 30, 2023, Plaintiff filed her Objection (Docket No. 28) to the Report and Recommendation (Docket No. 26) on the grounds that the Magistrate Judge erred when he allowed the ALJ to not consider later medical sources which showed a worsening of Plaintiff's condition.

Upon review of the record, this Court finds Magistrate Judge Hennessy's Report and Recommendation to be well-founded in all respects and the objection is without merit. The Plaintiff mischaracterizes the ALJ's findings and her reliance on *Alcantara v. Astrue*, 257 F. App'x 333 (1st Cir.2007), and *Frankl v. Shalala*, 47 F.3d 935 (8th Cir.1995), is misplaced; *see Spofford v. Saul*, 18-11867, 2020 WL 9748494, *8 (D.Mass. September 30, 2020)

Accordingly, it is hereby **ordered** that the Report and Recommendation (Docket No. 26) is **adopted** in its entirety.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Timothy S. Hillman*
　　　　　　　　　　　　　　　　　　　　　　　Timothy S. Hillman
　　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge